IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HADDONBROOK ASSOCIATES,  :  | HON. JEROME B. SIMANDLE |
| Plaintiff,  :  | Civil No. 08-0014 (JBS) |
| v.  :  | |
| GENERAL ELECTRIC COMPANY,  :  | **ORDER** |
| Defendant.  :  | |

This matter having come before the Court upon Defendant's motion for summary judgment [Docket Item 34.]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**25th**__ day of **February, 2010** hereby

ORDERED that Defendant's motion for summary judgment is **GRANTED**.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      United States District Judge